**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:26-mj-0077 AC |
| **LORENZO DIAZ, JR.** | |
| Defendant. | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:    Lorenzo Diaz, Jr.

Detained at    Craven County Detention Center

Detainee is:    a.)    ☒ charged in this district by:    ☐ Indictment   ☐ Information  ☒ Complaint
charging detainee with:    18 U.S.C. §§ 2251(a) and (e)

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings
or    b.)    ☒ be retained in federal custody until final disposition of federal charges

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ JESSICA DELANEY |
| Printed Name & Phone No: | Jessica Delaney, 916-554-2785 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum                    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshals Service is hereby ORDERED to produce the named detainee, **FORTHWITH** and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    June 25, 2026

/s/ Carolyn K. Delaney

Honorable Carolyn K. Delaney
CHIEF U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒Male   ☐Female | |
| Booking or CDC #: | 2025-00001842 | DOB: | 9/22/2003 |
| Facility Address: | 1100 Clarks Road, New Bern, NC 28562 | Race: | Hispanic |
| Facility Phone: | 252-636-6620 | FBI#: | JENW69PAP |
| Currently Incarcerated For: | In custody of the State of North Carolina | | |

### RETURN OF SERVICE

Executed on:    _____          _____
(signature)